## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| IRMA MCDONALD ET AL | CIVIL CASE NO. 2:24-CV-01083 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| STRATIGOS DYNAMICS INC. | MAGISTRATE JUDGE THOMAS P. LEBLANC |

### JUDGMENT

Before the court is a REPORT AND RECOMMENDATION [Doc. 9] of the Magistrate Judge, recommending that the MOTION FOR LEAVE TO FILE FIRST SUPERSEDING AND AMENDING COMPLAINT [Doc. 6] be DENIED.

The REPORT AND RECOMMENDATION of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the MOTION FOR LEAVE TO AMEND [Doc. 6], is **DENIED** without prejudice to Plaintiffs' right to refile the motion with a proposed amended complaint that sufficiently alleges liability against any or all of the proposed defendants, if possible.

THUS DONE AND SIGNED in Chambers on this 16th day of October, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE